

Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUILLERMO A. GODOY, | **Case No. 2:18-cv-00069-GMN-VCF** |
| Plaintiff, | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| vs. | |
| SETERUS, INC.; EQUIFAX INFORMATION SERVICES LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 6, 2018 through and including **March 1, 2018**. The parties are in the midst of settlement negotiations, and they need additional time to determine if the case can be resolved short of litigation. The request was made by Equifax, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Respectfully submitted, this 2nd day of February, 2018.

           SNELL & WILMER LLP

By: /s/ *Bradley Austin*
    Bradley T. Austin
    Nevada Bar No. 13064
    3883 Howard Hughes Pkwy
    Suite 1100
    Las Vegas, NV 89169
    Tel: 702-784-5200
    Fax: 702-784-5252
    Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

**<u>*No opposition*</u>**

 /s/ *David Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED:  2-5-2018

4849-5976-7387